**UNITED STATES of America, Plaintiff—Appellee,**

v.

**Efrain BECERRA–LOPEZ, Defendant—Appellant.**

**No. 07–50522.**

United States Court of Appeals, Ninth Circuit.

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

Submitted June 16, 2009.*

Filed July 1, 2009.

Michael J. Raphael, Esq., Office of the U.S. Attorney Criminal Division, Los Angeles, CA 90012, Sean K. Lokey, Esq., Office of the U.S. Attorney, Riverside, CA, for Plaintiff–Appellee.

C. Thomas Mcdonald, Esq., Santa Ana, CA, for Defendant–Appellant.

Efrain Becerra–Lopez, San Bernadino, CA, pro se.

Before: PAEZ, TALLMAN, and N.R. SMITH, Circuit Judges.

## MEMORANDUM **

Efrain Becerra–Lopez appeals from his guilty-plea conviction and 144–month sentence for possession with intent to distribute methamphetamine, in violation of 21 U.S.C. § 841(a)(1). Pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Becerra–Lopez's counsel has filed a brief stating there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided the appellant with the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

*Our independent review of the record pursuant to Penson v. Ohio,* 488 U.S. 75, 80–81, 109 S.Ct. 346, 102 L.Ed.2d 300

(1988), discloses no arguable grounds for relief on direct appeal.

Accordingly, counsel's motion to withdraw is granted, and the conviction and sentence are affirmed.

**AFFIRMED.**

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

